

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2020

No. 04-18-00802-CR & 04-18-00803-CR

Kenton Lance **LIGHT,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6330, 6328
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The panel has considered the Appellant's Motion for En Banc Rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court